# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIK W. | : |
| | : |
| v. | : |
| | : NO. 24-CV-3562  SWR |
| FRANK BISIGNANO, | : |
| Commissioner of Social Security | : |
| | : |

**O R D E R**

AND NOW, this 19th day of May, 2025, it is hereby ORDERED that Claimant's Request for Review is GRANTED and the matter REMANDED to the agency for a full consideration by the ALJ of the opinions of Arlene Broska, Ph.D.

The Clerk of Court is hereby directed to mark this case as CLOSED.

BY THE COURT:

*/s/ Scott W. Reid*

SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE